IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. DNCW3:04CR190-02 |
| | ) | (Financial Litigation Unit) |
| THOMAS L. JACOBS. | ) | |

## WRIT OF EXECUTION

TO THE UNITED STATES MARSHAL
and SUNTRUST BANK:

A judgment was entered on July 6, 2006 in the United States District Court for the Western District of North Carolina in favor of the United States of America and against the Defendant, Thomas L. Jacobs, whose last known address is XXXXXXXXXXXXX, Charlotte, North Carolina 28227, in the sum of $2,753,108.38. The balance on the account as of April 23, 2012 is $2,717,646.66.

THEREFORE, YOU ARE HEREBY COMMANDED to levy and/or execute on property and SunTrust Bank is commanded to **turn over property** in which the Defendant, Thomas L. Jacobs, Social Security Number XXX-XX-9035, has a substantial non-exempt interest, said property being any and all funds held by Suntrust Bank in savings account number XXXXXXXX3550, which account is held in the name of Thomas L. Jacobs at the following address: SunTrust Bank, Mail Code GA-ATL-5099, P.O. Box 4418, Atlanta, Georgia 30302-4418, ATTN: Legal Processing Department.

**SO ORDERED**.

Signed: April 25, 2012

_____
David S. Cayer
United States Magistrate Judge